United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PIERCE,

        Plaintiff,

        v.

AIR SYSTEMS, INC.,

        Defendant.

Case No.  4:26-cv-01851-KAW

ORDER TO SHOW CAUSE

Re: Dkt. No. 9

On March 6, 2026, Defendant filed a motion for judgment on the pleadings. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition was due 14 days after the motion was filed, which was March 20, 2026.  While this case was reassigned after the motion was filed, the notice of reassignment clearly stated that the briefing schedule remained unchanged. (Dkt. No. 14.)

To date, Plaintiff has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Plaintiff is ordered, on or before **March 31, 2026**, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Defendant may file a reply on or before April 7, 2026.  For now, the hearing set for May 7, 2026 remains on calendar.

IT IS SO ORDERED.

Dated: March 25, 2026

KANDIS A. WESTMORE
United States Magistrate Judge